## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

HUGO ORBERA,

     Petitioner,

v.                                                                                    No. 2:26-cv-2197-SMD-SCY

DHS, *et al.*,

     Respondents.

## <u>ORDER DIRECTING AMENDMENT</u>

Before the Court is Petitioner's document titled "Notice of Chage of Address" (Doc. 1). It appears Petitioner is in immigration detention and seeks to update his address after being transferred to the Otero County Processing Center in New Mexico. If Petitioner seeks to challenge his immigration detention in this Court, he must file a Section 2241 petition. The Court will direct the Clerk's Office to mail Petitioner a form Section 2241 Petition and motion to proceed *in form pauperis*. Petitioner shall return the completed Section 2241 petition, or a different complaint form if he does not seek habeas relief under Section 2241, within twenty-one days of entry of this Order. Petitioner should include details about what relief he seeks, including what process he has received in Immigration Court if he seeks relief relating to his immigration detention. The Petition may attach any orders or documents from the Immigration Court, which are helpful in resolving Section 2241 claims. By the same date, Petitioner must pay the $5.00 habeas filing fee or file a motion to proceed *in forma pauperis*. All documents filed in this case must include the case number, Civ. No. 26-2197-SMD-SCY. The failure to timely comply with this Order may result in dismissal of this case without prejudice and without further notice.

**IT IS THEREFORE ORDERED** that the Clerk's Office shall mail Petitioner a blank 28 U.S.C. § 2241 habeas petition and motion to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that **within twenty-one (21) days** of entry of this Order Petitioner must file an amended Section 2241 petition as set forth above.   By the same deadline, Petitioner shall pay the $5.00 habeas filing fee or file a motion to proceed *in forma pauperis*.

SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE